# EXHIBIT 1



Fighting Hate
Teaching Tolerance
Seeking Justice
Southern Poverty Law Center
P.O. Box 370037
Miami, FL 33137-0037
T 786.347.2056 F 786.237.2949
Toll Free 877.751.6183
www.splcenter.org

February 9, 2017

U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW, Room 3.3D
Washington, D.C. 20229
ATTN: FOIA Officer/Public Liaison Sabrina Burroughs

Dear FOIA Public Liaison:

On behalf of Southern Poverty Law Center (SPLC), we hereby request that, pursuant to the Freedom of Information Act, 5 U.S.C. 552, the U.S. Customs and Border Protection (CBP) provide the following information:

- Any and all documents[1] related to apprehensions that took place at common carrier bus stops and/or aboard common carrier buses (such as Greyhound, RedCoach Business, Megabus, etc.) in Florida from September 1, 2016 to February 1, 2017 and September 1, 2017 to February 1, 2018. Documentation should include dates, times, and details regarding the apprehension, any and all action taken by CBP, and the name and badge numbers of the CBP officer(s) involved. Records should include, but are not limited, to incident reports, arrest reports, immigration arrest warrants, body camera footage, and use of force reports; and

- Any and all documents[2] related to interactions between CBP officers and customers and/or passengers of common carrier buses, either at stops or aboard the bus, in Florida from September 1, 2016 to February 1, 2017 and September 1, 2017 to February 1, 2018. "Interactions" includes conversations, searches, inspections, questioning of any kind, and requests for identification or other papers. Documentation should include dates, times, and details regarding the interaction, any and all action taken by CBP, and the name and badge numbers of the CBP officer(s) involved. Records should include, but are not limited, to incident reports,

---

[1] The term "document" is to be interpreted in the broadest possible sense within the meaning of the Freedom of Information Act and shall include, without limitation, any written, printed, typed, spoken, computerized, or other graphic, phonic, or recorded matter of any kind or nature, however produced or reproduced, whether sent or received or neither, including drafts and copies bearing notations or marks not found on the original.
[2] *Id.*

arrest reports, immigration arrest warrants, body camera footage, and use of force reports; and

- The documents produced in accordance to the above two requests should include, among other all relevant documents, all documents related to the following three incidents:

  o The search of a Greyhound bus in Ft. Lauderdale on January 19, 2018, which resulted in the arrest of a woman. The following link is a news article on the incident: https://www.washingtonpost.com/news/morning-mix/wp/2018/01/23/video-shows-border-patrol-officers-asking-greyhound-passengers-for-ids-taking-woman-into-custody/?utm_term=.64292a02179c

  o The search of a Greyhound bus in Ft. Lauderdale on January 25, 2018, which resulted in the arrest of a man, who was later let go. The following link is a news article on the incident: https://mundohispanico.com/ciudades/orlando-florida/exclusiva-patrulla-fronteriza-arresta-por-error-a-inmigrante-en-autobus-video

  o The search of a Greyhound bus in Tampa on January 30, 2018, which resulted in the arrest of a man. The following link is a news article on the incident: http://www.miamiherald.com/news/local/immigration/article197562164.html

- Any and all documents[3] detailing or describing CBP procedures or policies related to interactions, apprehensions, inspections, or mere presence at common carrier bus stops and inside common carrier buses.

For each item requested, please provide copies of all pertinent documents in CBP's possession, whether located at CBP regional offices or headquarters.

We request a waiver of all fees for this request because disclosure of the requested information is in the public interest. The Southern Poverty Law Center is a non-profit, public interest organization. This request is not for commercial use. Disclosure is likely to contribute significantly to public understanding of CBP's activities because SPLC will use such information to inform its public educational and advocacy efforts. In the event that a waiver of fees is not granted, the SPLC is willing to pay fees for this request up to a maximum of $50.  If you estimate that the fees will exceed this limit, please inform us first.

If you determine that some portions of the requested records are exempt from disclosure, we will expect, as the Act provides in § 552(b)(9), that you provide us with "any reasonably segregable portion" of the records sought.

---

[3] *Id.*

If all or any part of this request is denied, please provide us with a written statement of the grounds for the denial, citing the law or regulation under which you believe you may deny access.  If this is the case, we also request that you inform us of the available remedies for review of the denial.

It is essential that this request be responded to within 30 days, as required by § 552(a)(4)(B).  If we do not receive a response within 30 days, we will treat your failure to respond as a denial and seek appropriate judicial relief.

If possible, we request that the information we seek be provided in electronic format.  Thank you for consideration of this request.  Please address any responses to this FOIA request to Viviana Bonilla López at viviana.bonillalopez@splcenter.org.

Sincerely,

/s/ Viviana Bonilla López
Viviana Bonilla López
Law Fellow, Immigrant Justice
Southern Poverty Law Center
PO Box 370037
Miami, FL 33137