**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER | Civil Action No. 1:18-cv-01724-TJK |
| Plaintiff, | |
| V. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of September 19, 2018, the Parties file this Joint Status Report.

On November 30, 2018, Defendants produced documents to Plaintiff. Defendants report that the production is full and final and do not anticipate producing any further documents in response to the FOIA request giving rise to this matter.

Plaintiff is reviewing the production for completeness and evaluating the redactions made by the Defendants. It needs additional time to complete its review.

Accordingly, the Parties respectfully request that the Court permit them to file an updated Joint Status Report on or before January 11, 2019.

Dated:  December 13, 2018

Respectfully submitted,


By:  */s/ Grayson D. Stratton*
  Grayson D. Stratton
  (D.C. Bar No. 976910)
  Brett Solberg
  Admitted *Pro Hac Vice*
  Betsy Boutelle
  Admitted *Pro Hac Vice*
  **DLA PIPER LLP (US)**
  1000 Louisiana Street, Suite 2800
  Houston, TX  77002-5005
  Tel: 713.425.8400
  Fax: 713.425.8401
  gray.stratton@dlapiper.com
  brett.solberg@dlapiper.com
  betsy.boutelle@dlapiper.com

  **ATTORNEYS FOR PLAINTIFF
  SOUTHERN POVERTY LAW CENTER**



  JESSIE K. LIU, D.C. Bar #472845
  United States Attorney

  DANIEL F. VAN HORN, D.C. Bar #924092
  Chief, Civil Division

By:  */s/ Jason T. Cohen*
  JASON T. COHEN, D.C. Bar #004465
  Assistant United States Attorney
  Civil Division
  555 Fourth St., N.W.
  Washington, D.C. 20530
  Tel: 202.252.2523
  Fax: 202.252.2599
  Email: jason.cohen@usdoj.gov

  **ATTORNEYS FOR DEFENDANTS
  U.S. DEPARTMENT OF HOMELAND
  SECURITY AND U.S. CUSTOMS AND
  BORDER PROTECTION**

2