**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER | Civil Action No. 18-1724 (TJK) |
| Plaintiff, | |
| V. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of January 10, 2019, the Parties file this Joint Status Report.

On November 30, 2018, Defendants produced documents to Plaintiff and notified Plaintiff that they believed the production to be full and final and that they do not anticipate producing any further documents in response to the FOIA request giving rise to this matter.

Plaintiff is reviewing Defendants production and the Parties have engaged in discussions regarding the production, which are ongoing.

The Parties respectfully request that the Court permit them to file an updated Joint Status Report in thirty days, i.e., on or before March 1, 2019.

WEST\285210990.1

Dated:  January 30, 2019                Respectfully submitted,


By: *s/ Grayson D. Stratton*
    Grayson D. Stratton
    (D.C. Bar No. 976910)
    Brett Solberg
    Admitted *Pro Hac Vice*
    Betsy Boutelle
    Admitted *Pro Hac Vice*
    **DLA PIPER LLP (US)**
    1000 Louisiana Street, Suite 2800
    Houston, TX  77002-5005
    Tel: 713.425.8400
    Fax: 713.425.8401
    gray.stratton@dlapiper.com
    brett.solberg@dlapiper.com
    betsy.boutelle@dlapiper.com

**ATTORNEYS FOR PLAINTIFF
SOUTHERN POVERTY LAW CENTER**


    JESSIE K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

By: *s/ Jason T. Cohen*
    JASON T. COHEN, D.C. Bar #004465
    Assistant United States Attorney
    Civil Division
    555 Fourth St., N.W.
    Washington, D.C. 20530
    Tel: 202.252.2523
    Fax: 202.252.2599
    Email: jason.cohen@usdoj.gov

**ATTORNEYS FOR DEFENDANTS
U.S. DEPARTMENT OF HOMELAND
SECURITY AND U.S. CUSTOMS AND
BORDER PROTECTION**


2

WEST\285210990.1