**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER<br><br>Plaintiff,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 18-1724 (TJK) |

**JOINT STIPULATION OF DISMISSAL**

Defendants United States Department of Homeland Security and United States Customs and Border Patrol have produced documents responsive to Plaintiff Southern Poverty Law Center's Freedom of Information Act Request giving rise to this lawsuit. The parties have conferred and no further issues remain in dispute between them with respect to that request.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated:  March 1, 2019                                  Respectfully submitted,


                                    By: *s/ Grayson D. Stratton*
                                        Grayson D. Stratton
                                        (D.C. Bar No. 976910)
                                        Brett Solberg
                                        Admitted *Pro Hac Vice*
                                        Betsy Boutelle
                                        Admitted *Pro Hac Vice*
                                        **DLA PIPER LLP (US)**
                                        1000 Louisiana Street, Suite 2800
                                        Houston, TX  77002-5005
                                        Tel: 713.425.8400
                                        Fax: 713.425.8401
                                        gray.stratton@dlapiper.com
                                        brett.solberg@dlapiper.com
                                        betsy.boutelle@dlapiper.com

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **SOUTHERN POVERTY LAW CENTER**


                                        JESSIE K. LIU, D.C. Bar #472845
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar #924092
                                        Chief, Civil Division

By: *s/ Jason T. Cohen*
                                        JASON T. COHEN, D.C. Bar #004465
                                        Assistant United States Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        Tel: 202.252.2523
                                        Fax: 202.252.2599
                                        Email: jason.cohen@usdoj.gov

                                        **ATTORNEYS FOR DEFENDANTS**
                                        **U.S. DEPARTMENT OF HOMELAND**
                                        **SECURITY AND U.S. CUSTOMS AND**
                                        **BORDER PROTECTION**